IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERLONDA HUFF, for Joshua L. Huff, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00699 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Bryant |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Verlonda Huff's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14), filed with a Brief in Support (Doc. No. 15). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 18.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be granted. (Doc. No. 22 at 16.) The Report was filed on January 15, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion, **VACATES** the administrative decision, and **REMANDS** this case to the Commissioner for further proceedings. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___ day of February, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT